IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN ALLEN DUNN, | No. C 04-5479 CW |
|     Petitioner, | BRIEFING SCHEDULE |
|   v. | |
| CHERYLE PLILER, Warden, | |
|     Respondent. | |
| _____/ | |

On July 31, 2007, Petitioner Glenn Allen Dunn filed a Supplemental Memorandum of Points and Authorities by Newly Appointed Counsel in Support of Dunn's Petition for a Writ of Habeas Corpus.  Good cause appearing, the Court hereby issues the following orders:

Respondent shall file with this Court and serve upon the Petitioner and Petitioner's counsel, within thirty (30) days of the issuance of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, 28 U.S.C. foll. § 2254, showing cause why a writ of habeas corpus should not be issued.  Respondent shall file with the answer a copy of all

portions of the State trial record that have been previously transcribed and that are relevant to a determination of the issues presented by the petition.

If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it upon Respondent within thirty (30) days of his receipt of the answer.

IT IS SO ORDERED.

Dated: 8/2/07

CLAUDIA WILKEN
United States District Judge

2